UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY LASATER,<br><br>        Plaintiff,<br><br>  v.<br><br>DIRECTV, LLC,<br><br>        Defendant. | Case No. 2:16-cv-01373-SVW-AS<br><br>**JUDGMENT**<br><br>JS-6<br><br>Date Action Filed:  February 26, 2016<br>Pretrial Conference: November 13, 2017<br>Trial Date:           November 14, 2017 |

The Court has reviewed the Parties' Stipulation and Joint Motion That the Court Enter Judgment in Favor Of Plaintiff filed November 9, 2017. Good cause appearing, the Court hereby GRANTS the Parties' Stipulation and Joint Motion.

The issues having been fully considered, IT IS ORDERED AND ADJUDGED that

    1)    Plaintiff Lasater shall recover judgment against Defendant DirecTV, LLC in the amount of $250,984.55.

/ / /

2) The deadline for filing any petition, bill or motion to recover costs and/or attorneys' fees shall be tolled pending any appeal of the Final Judgment entered by the Court, or until the Parties otherwise finally resolve this dispute, whichever occurs first.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 13, 2017     By: _____
                                 Hon. Stephen V. Wilson